IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01000–EWN–PAC

ALFREDO ORTIZ, an individual,

    Plaintiff,

v.

SWIFT & COMPANY,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulated Motion for Dismissal" filed January 25, 2006. The court having read the motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 26th day of January, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge